# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>TYLER JAY FINK,<br><br>Debtor. | Bankruptcy Case No. 25-14168 KHT<br><br>Chapter 13 |

## ORDER AND NOTICE OF ADDITIONAL MATTERS TO BE HEARD

This matter comes before the Court *sua sponte.* In addition to the telephonic confirmation hearing currently set for Wednesday, September 10, 2025,

PLEASE TAKE NOTICE that the following matter has been on set for a telephonic preliminary hearing to be held on **Wednesday, September 10, 2025 at 1:30 p.m.** Parties must appear by telephone. The phone number and all information regarding telephonic appearances are available on the Court's website at: www.cob.uscourts.gov/content/chief-judge-kimberley-h-tyson-kht.

Your matter has been set for a non-evidentiary hearing of not more than fifteen (15) minutes. If the matter to be heard will exceed 15 minutes in length, or if it is necessary to receive evidence to resolve the matter, the scheduled hearing will be used as a scheduling conference and the matter will be reset to a later date.

The matter set is: The Chapter 13 Trustee's Motion to Dismiss (Docket No. 38) and the Debtor's Objection thereto (Docket No. 46).

IT IS ORDERED that the Debtor shall pay the second filing fee installment payment in the amount of $96.00 on or before **September 3, 2025** as set forth in the Court's Notice of Impending Dismissal issued August 20, 2025 (Docket No. 39), failing which this case will be dismissed without further notice and the September 10, 2025 hearing will be VACATED.

DATED this 28th day of August, 2025

BY THE COURT:

_____
Kimberley H. Tyson
United States Bankruptcy Judge