(COB 266) (voDsm13NonP(05/19)

# UNITED STATES BANKRUPTCY COURT
## District of Colorado,
HONORABLE Kimberley H. Tyson

In re:

    Tyler Jay Fink

Debtor(s)

Case No.: 25-14168-KHT
Chapter: 13

SSN/TID Nos. xxx-xx-2154

**ORDER DISMISSING CHAPTER 13 CASE PURSUANT TO U.S.C. § 1307(c)(2) FOR NONPAYMENT OF FEES**

    An Application to Pay Filing Fee in Installments was granted by order of this Court dated 07/07/2025, establishing a schedule of installment payments for the filing fees. Debtor was provided notice that in the event of a default in any payment required in the schedule, the case would be dismissed. As of the date of this order, the default has not been cured and this case should now be dismissed.

    THEREFORE, IT IS ORDERED that, pursuant to 11 U.S.C. § 1307(c)(2), this case is hereby dismissed for nonpayment of the filing fee required by 28 U.S.C. § 1930(a), as scheduled by the order of this Court.

Dated: 9/22/25

BY THE COURT:
s/ Kimberley H. Tyson
United States Bankruptcy Judge